**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RANSOM YOUNG,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>BRIAN KISENWETHER, Individually and as Butler Township Supervisor;<br>CHARLES ALTMILLER, Individually and as Butler Township Supervisor; and<br>BUTLER TOWNSHIP<br><br>　　Defendants. | CIVIL ACTION NO. 3:12-0379<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 10th day of August, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 12) is **GRANTED in part and DENIED in part**.

(1) Defendants' motion to dismiss Plaintiff's due process claims, Counts II and III of the First Amended Complaint, and the request for punitive damages against Defendants Kisenwether and Altmiller in their official capacities is **GRANTED**. These claims are **dismissed with prejudice**.

(2) Defendants' motion to dismiss is otherwise **DENIED**. Defendants shall file a response to Plaintiff's First Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge